AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

__SOUTHERN__ DISTRICT OF __TEXAS__
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Hugo Armando SALAZAR

AKA:
IAE    YOB: 2000
Mexico
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: M-21- 2311 -M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __October 25, 2021__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendants(s) did.
(Track Statutory Language of Offense)

being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near Edinburg, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following facts:

On October 25, 2021, Hugo Armando SALAZAR a citizen of Mexico was encountered by Immigration Officers at the Hidalgo County Jail in Edinburg, Texas. An Immigration Detainer was placed upon the defendant and was subsequently remanded into the custody of Immigration and Customs Enforcement on October 29, 2021. Record checks revealed the defendant was deported, excluded or removed from the United States to Mexico on December 21, 2020 via Brownsville, Texas. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. On October 8, 2020, the defendant was convicted of 8 USC 1326 Alien Unlawfully Found in the United States After Deportation and sentenced to twelve (12) months and one (1) day to the custody of the United States Bureau of Prisons and two (2) years of supervised release term.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on October 29, 2021.
Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint approved by AUSA Lee Fry

_____
Signature of Complainant

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed.R.Cr.P.4.1 and probable cause found on:

Armando Perez         Deportation Officer
Printed Name and Title of Complainant

October 29, 2021 at 12:05 p.m.
Date

at  McAllen, Texas
City and State

J. Scott Hacker        U.S. Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer